# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/27/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV03-00425SOM-KSC

CASE NAME: United States of America v. Real Property Located at 14851 Charter Oak Boulevard, Salinas, California, Titled in the Names of Jack R. Frisbee, Jr. and Kathleen E. Frisbee, etc.

ATTYS FOR PLA: Rachel Moriyama

ATTYS FOR DEFT: no appearance

INTERPRETER:

JUDGE: Kevin S. C. Chang          REPORTER: C5 - no record

DATE: 2/27/2006                    TIME: 9:00-9:02am

COURT ACTION: EP: Further Status Conference Re: Stay. No appearance made by William Harrison. Rachel Moriyama reported that the criminal case has been completed. The court will set a Further Status Conference for 3/1/06 at 9:00am before Judge Chang to confirm this so that a dismissal can be filed in this case.

cc: William Harrison

Submitted by: Shari Afuso, Courtroom Manager