```
EDWARD H. KUBO, JR.  (2499)
United States Attorney
District of Hawaii

RACHEL S. MORIYAMA  (3802)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email:  rachel.moriyama@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL NO. 03-00425 SOM KSC |
| | ) | |
| Plaintiff, | ) | STIPULATION OF DISMISSAL |
| | ) | WITH PREJUDICE; ORDER |
| v. | ) | |
| | ) | |
| REAL PROPERTY LOCATED AT 14851 CHARTER OAK BOULEVARD, SALINAS, CALIFORNIA, TITLED IN THE NAMES OF JACK R. FRISBEE, JR. AND KATHLEEN E. FRISBEE, AND DESIGNATED AS TAX ASSESSOR PARCEL NUMBER 133-392-020, TOGETHER WITH ALL APPURTENANCES AND IMPROVEMENTS, | ) ) ) ) ) ) ) ) ) | |
| Defendant. | ) | |
| | ) | |
| JACK R. FRISBEE, JR. and KATHLEEN FRISBEE, | ) ) | |
| | ) | |
| Claimants. | ) | |

STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between the parties above-named, by and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, that the above-entitled action be dismissed with prejudice, each party to bear its own costs, expenses and fees.  There are no remaining claims or parties.

DATED:  Honolulu, Hawaii, February 27, 2006.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ William A. Harrison                /s/ Rachel S. Moriyama

WILLIAM A. HARRISON                    RACHEL S. MORIYAMA
                                       Assistant U.S. Attorney
Attorney for Plaintiffs
JACK R. FRISBEE, JR. and               Attorneys for Defendant
KATHLEEN FRISBEE                       UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii; February 28, 2006.



_____
Susan Oki Mollway
United States District Judge

USA v. Real Property Located at
14851 Charter Oak Boulevard, etc.
Civil No. 03-00425 SOM KSC
"Stipulation of Dismissal with Prejudice"